UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NICOLAS SQUIRES,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:21-0690 |
| v. | : | (JUDGE MANNION) |
| **C.O. 1 PESLIS, et al.,** | : | |
| Defendants | : | |

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The above captioned action is **DISMISSED** pursuant to Fed.R.Civ.P. 41(b) for Plaintiff's failure to prosecute and to comply with Local Rules of Court.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: April 29, 2022
21-0690-01-ORDER